**FILED**

JUN 3 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  HELANE L. MORRISON (CA Bar No. 127752)
   JOHN S. YUN (CA Bar No. 112260)
2  SHEILA E. O'CALLAGHAN (CA Bar No. 131032)

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 1100
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Telecopy: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> TERENCE M. COXON and WORLD MONEY MANAGERS, <br><br> Defendants, | Miscellaneous Action No. CV-04-0145- MISC-MHP <br><br> **STIPULATED** [PROPOSED] **AMENDMENT TO ORDER PROVIDING FOR DISBURSEMENT OF PROCEEDS FROM SALE OF HOUSE AT 5000 THE POINTE PLACE, SANTA ROSA, CA 95403 IN ESCROW ACCOUNT NO. 09996140-659 CG1** <br><br> (Administrative Enforcement Action) <br><br> Date: June 27, 2005 <br> Time: 2:00 p.m. <br> Judge: Marilyn H. Patel <br> Courtroom: 15 |

[Proposed] Amended Order
CV-04-0145-MISC-MHP

## STIPULATED AMENDMENT TO ORDER

On June 27, 2005, this Court issued an Emergency Ex Parte Order imposing restrictions upon Financial Title Company's disbursement of the sales proceeds of Escrow No. 09996140-659 CG1 (the "Escrow") relating to the contemplated sale of the residence located at 5000 The Pointe Place, Santa Rosa, California 95403 (the "Fountaingrove house").

To facilitate the prompt closing of the Escrow by Financial Title Company while preventing the transfer of funds to an off-shore account, the Securities and Exchange Commission ("Commission") and Terence M. Coxon ("Coxon") hereby stipulate that the Emergency Ex Parte Order may be amended to allow Financial Title Company to make the following payments from the sales proceeds in the Escrow: (1) the loan by Cal Bay Mortgage which is secured by first deed of trust, (2) property and transfer taxes, (3) title company fees and recording charges, (4) broker commissions and (5) any other customary fees and charges, credits, or debits incident to the closing of an escrow transaction. Additionally, Financial Title Company may deposit into the court's registry the money for the second and third notes on the Fountaingrove house, as well as any seller's proceeds. All moneys deposited into the court's registry shall be held there pending further orders of the Court.

DATED:   June 30, 2005

Respectfully submitted,

*John S. Yun*
Helane L. Morrison
John S. Yun
Sheila E. O'Callaghan
Attorneys for the Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*John W. Cotton*
John W. Cotton
Cotton & Gunzik, LLP
Attorneys for Defendants
TERRENCE M. COXON and
WORLD MONEY MANAGERS

## ORDER AMENDING EMERGENCY EX PARTE ORDER

The parties having so stipulated, the Court's Emergency Ex Parte Order of June 27, 2005 is hereby amended to authorize Financial Title Company to make the following payments from the sale

[Proposed] Amended Order
CV-04-0145-MISC-MHP

1

1  proceeds for Escrow No. 09996140-659 CG1 (the "Escrow") relating to the contemplated sale of the
2  residence located at 5000 The Pointe Place, Santa Rosa, California 95403: (1) the loan by Cal Bay
3  Mortgage which is secured by first deed of trust, (2) property and transfer taxes, (3) title company fees
4  and recording charges, (4) broker commissions and (5) any other customary fees and charges, credits, or
5  debits incident to the closing of an escrow transaction.

6  Additionally, Financial Title Company may deposit into the court's registry the money for
7  the second and third notes on the Fountaingrove house, as well as any seller's proceeds. All moneys
8  deposited into the court's registry shall be held there pending further orders of the Court.

9  SO ORDERED.

10  Dated: June 30, 2005

_____
Judge Marilyn Hall Patel
United States District Court

[Proposed] Amended Order
CV-04-0145-MISC-MHP

2