JINA L. CHOI (NY Bar No. 2699718)
JOHN S. YUN (CA Bar No. 112260)
　yunj@sec.gov
SHEILA E. O'CALLAGHAN (CA Bar No. 131032)
　ocallaghans@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2468
Telecopy: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TERENCE M. COXON and WORLD MONEY MANAGERS,<br><br>Defendants. | Miscellaneous Action No.<br>CV 04-0145-MISC. MHP<br><br>**PLAINTIFF'S AND DEFENDANTS' STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PAYMENT OF INCOME TAXES AND OF TAX PREPARATION FEES; SUPPORTING DECLARATIONS OF JUDE P. DAMASCO**<br><br>Date: N/A<br>Time: N/A<br>Judge:<br>Courtroom: TBD |

**STIPULATION FOR ORDER**

Plaintiff Securities and Exchange Commission ("Commission") and defendants Terrence M. Coxon ("Coxon") and World Money Managers ("World Money"), by and through their attorneys, hereby enter into the following Stipulation Regarding Payment of Income Taxes and of Tax Preparation Fees (the "Stipulation").

On November 30, 2015, this Court entered a Stipulated Order authorizing the appointment of the accounting firm of Damasco & Associates, LLP to serve as the tax administrator for the amounts in the court registry for this proceeding. Docket No. 79. The

Court authorized Damasco & Associates, LLP to charge up to $1800.00 per tax year to file the necessary forms and make the necessary payments under the Internal Revenue Code. Damasco & Associates might also bill for time involving negotiations with the Internal Revenue Service to reduce or abate any interest or penalty charges. *Id.*

As shown in the first Declaration of Jude P. Damasco, which is attached as Exhibit 1, the Damasco & Associates firm has determined that taxes are owed in the following amounts for the specified tax years:

| Tax Year | Tax Due |
| --- | --- |
| 2005 | $ 1,852.00 |
| 2006 | $ 7,145.00 |
| 2007 | $ 2,350.00 |
| 2008 | $ 157.00 |
| 2009 | $ 5.00 |
| 2010 | $ 6.00 |
| 2011 | $ 3.00 |
| 2012 | $ 4.00 |
| 2013 | $ 3.00 |
| 2014 | $ 2.00 |
| 2015 | $ 2.00 |
| 2016 | $ 22.00 |

**Total Taxes: $11,551.00**

Plaintiff and Defendants agree that these tax amounts appear to be appropriate and should be paid, per the instructions of the Damasco & Associates firm, from the funds in the court's registry for this case.

As shown in the second Declaration of Jude P. Damasco, which is attached as Exhibit 2, the Damasco & Associates firm has incurred the following fees for preparing the tax returns for each of the specified tax years:

| Tax Year | Preparation Fees |
| --- | --- |
| 2005 | $1,800.00 |
| 2006 | $1,800.00 |
| 2007 | $1,800.00 |
| 2008 | $ 850.00 |
| 2009 | $ 850.00 |

Stip. To Pay Taxes
CV 04-0145-MISC. MHP

- 2 -

| | | |
|---|---|---|
| 2010 | $ | 850.00 |
| 2011 | $ | 850.00 |
| 2012 | $ | 850.00 |
| 2013 | $ | 850.00 |
| 2014 | $ | 850.00 |
| 2015 | $ | 850.00 |
| 2016 | $ | 850.00 |

**Total Fees:    $13,050.00**

Additionally, Damasco & Associates has incurred $16.80 in costs for a total of $13,066.80 in total fees and costs for preparing the necessary tax returns. Plaintiff and Defendants agree that these tax administrator fees appear appropriate and should also be paid, per the instructions of the Damasco & Associates firm, from the funds in the court's registry for this case.

At the current time, there is $29,977.28 remaining in the court's registry for this case. After payment of the $11,551.00 in income taxes and $13,066.80 in tax preparation fees and costs (for a total of $24,617.80) from the court's registry, there will be a remaining balance of $5,359.48 in the court's registry. This amount may be used to pay potential late fees on the taxes owed and to pay additional administrative fees, with any remaining balance paid to the Permanent Portfolio Fund.

DATED: May 17, 2017___

U. S. SECURITIES AND EXCHANGE COMMISSION

*John S. Yun*
John S. Yun

Attorney for the United States Securities & Exchange Commission

JOHN W. COTTON
GARTENBERG, GELFAND & HAYTON LLP

*John W. Cotton (with authorization)*
John W. Cotton

Attorneys for Terence M. Coxon and World Money Managers

Stip. To Pay Taxes
CV 04-0145-MISC. MHP

- 3 -

**ORDER REGARDING PAYING TAXES AND ADMINISTRATOR FEES**

Good cause appearing from parties' Regarding Payment of Income Taxes and of Tax Preparation Fees (the "Stipulation") and from the Declarations of Jude P. Damasco that are attached as Exhibits 1 and 2, the Court finds that it is appropriate for the Clerk of the Court to release funds from the court's registry for this matter to pay income taxes and tax administrator fees. It is therefore ordered:

1. To pay income taxes, the Clerk of the Court shall promptly issue a check in the amount of $11,551.00 made payable to "Damasco & Associates, Trust Account" from the funds in the court's registry for this case and shall mail the check to Damasco & Associates c/o Miller Kaplan Arase, LLP, 314 South River Street, Suite 201, Hailey, ID 83333. The check shall also contain the notation "xx-xxx0621" as being the Employer Identification Number for SEC v. Coxon Disgorgement Fund.

2. To pay tax administrator fees and costs, the Clerk of the Court shall promptly issue a separate check in the amount of $13,066.80 made payable to "Damasco & Associates LLP" from the funds in the court's registry for this case and shall mail the check to Damasco & Associates LLP, 314 South River Street, Suite 201, Hailey, ID 83333.

SO ORDERED.

DATED: May 23, 2017



Stip. To Pay Taxes
CV 04-0145-MISC. MHP

- 4 -

# EXHIBIT 1

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF
# REQUEST TO MAKE TAX PAYMENTS

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco") which is now part of Miller Kaplan Arase, LLP, located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Coxon Disgorgement Fund ("Fund") in Plaintiff's and Defendants' Stipulation and Order Regarding Disbursement of Funds and Appointment of Tax Administrator, Case No. 3:04-mc-00145-MHP, filed on November 30, 2015.

3. As Tax Administrator, Damasco has determined that the Fund owes a total of $11,551.00 in federal tax liabilities for the years 2005 through 2016. These tax payments are due as soon as possible. The breakdown is as follows:

|  | Tax Due | Due Date |
|---|---|---|
| For the Tax Year 2005 | $ 1,852.00 | ASAP |
| For the Tax Year 2006 | $ 7,145.00 | ASAP |
| For the Tax Year 2007 | $ 2,350.00 | ASAP |
| For the Tax Year 2008 | $ 157.00 | ASAP |
| For the Tax Year 2009 | $ 5.00 | ASAP |
| For the Tax Year 2010 | $ 6.00 | ASAP |
| For the Tax Year 2011 | $ 3.00 | ASAP |
| For the Tax Year 2012 | $ 4.00 | ASAP |
| For the Tax Year 2013 | $ 3.00 | ASAP |
| For the Tax Year 2014 | $ 2.00 | ASAP |

              For the Tax Year 2015  $     2.00    ASAP

              For the Tax Year 2016  $   22.00   ASAP

              Total Tax Due:  **$11,551.00**

4.   A check in the amount of $11,551.00 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco c/o Miller Kaplan Arase, LLP, 314 South River Street, Suite 201, Hailey, ID 83333. The check should be received in our office as soon as possible.

5.   The check will be deposited into a trust account from which the tax payments will be made. Therefore, the Employer Identification Number that should be written on the check is - XX-XXX0621 because it is for tax payment on behalf of the Fund.

6.   No allowance has been made in the amount requested above for interest and penalties which I anticipate will be assessed as a result of the late filing and late payment of tax for the years 2005 through 2016. When that happens, we will consider an abatement request.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2017 in Half Moon Bay, California.

                                                      /s/ Jude P. Damasco

                                                    Jude P. Damasco

# EXHIBIT 2

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco") which is now part of Miller Kaplan Arase, LLP, located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Coxon Disgorgement Fund ("Fund") in Plaintiff's and Defendants' Stipulation and Order Regarding Disbursement of Funds and Appointment of Tax Administrator, Case No. 3:04-mc-00145-MHP, filed on November 30, 2015.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for tax compliance services performed on behalf of the Fund.

4. Please remit payment in the amount of $13,066.80 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2017 in Half Moon Bay, California.

*[signature]*
Jude P. Damasco

-1-

# DAMASCO ASSOCIATES LLP

ACCOUNTANCY AND CONSULTING

**Now A Part of Miller Kaplan Arase LLP**
314 S. River Street, Suite 201 Hailey, ID 83333
650-726-4100

John S. Yun
SEC v Coxon Disgorgement Fund
U.S. Securities & Exchange Commission
San Francisco Regional Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

| Invoice: | 83592 | SEC E.A. reference: SF-00730-C |
| --- | --- | --- |
| ID: | 3080440 | SEC/DC Case Number: 3:04-mc-00145-MHP |
| Date: | 05/11/2017 | Responsible Party for Payment: Distribution Fund |
| **Due Date:** | **06/10/2017** | Tax Administrator Appointment Date: 11/30/2015 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | SEC DISCOUNT RATE | HOURS | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | Preparation and filing of the 2005 Qualified Settlement Fund Income Tax Return. | | | | 1,800.00 |
| | Preparation and filing of the 2006 Qualified Settlement Fund Income Tax Return. | | | | 1,800.00 |
| | Preparation and filing of the 2007 Qualified Settlement Fund Income Tax Return. | | | | 1,800.00 |
| | Preparation and filing of the 2008 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2009 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2010 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2011 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2012 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2013 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2014 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2015 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | Preparation and filing of the 2016 Qualified Settlement Fund Income Tax Return. | | | | 850.00 |
| | | | Total for Services | | 13,050.00 |

**Charges**
**Consulting Services - General Consulting**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |
| | CA 2005 Tax Return delivery charge. | | | | |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |
| | CA 2006 Tax Return delivery charge. | | | | |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |
| | CA 2007 Tax Return delivery charge. | | | | |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |
| | CA 2008 Tax Return delivery charge. | | | | |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |
| | CA 2009 Tax Return delivery charge. | | | | |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |
| | CA 2010 Tax Return delivery charge. | | | | |
| 05/05/2017 | Delivery Charge | | | 0.000 | 1.40 |

| | | | | |
|---|---|---|---|---|
| 05/05/2017 | CA 2011 Tax Return delivery charge.<br>Delivery Charge | | 0.000 | 1.40 |
| 05/05/2017 | CA 2012 Tax Return delivery charge.<br>Delivery Charge | | 0.000 | 1.40 |
| 05/05/2017 | CA 2013 Tax Return delivery charge.<br>Delivery Charge | | 0.000 | 1.40 |
| 05/05/2017 | CA 2014 Tax Return delivery charge.<br>Delivery Charge | | 0.000 | 1.40 |
| 05/05/2017 | CA 2015 Tax Return delivery charge.<br>Delivery Charge | | 0.000 | 1.40 |
| | CA 2016 Tax Return delivery charge. | | | |
| | | | Total for Charges | 16.80 |
| | | | Invoice Total | $13,066.80 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:
WIRE FUNDS TO:

UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: PROVIDED BY EMAIL
BENEFICIARY ACCOUNT NUMBER: PROVIDED BY EMAIL
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
314 SOUTH RIVER STREET, SUITE 201
HAILEY, ID 83333

| 05/11/2017 | 04/30/2017 | 03/31/2017 | 02/28/2017 | 01/31/2017+ | Total |
|---|---|---|---|---|---|
| 13,066.80 | 0.00 | 0.00 | 0.00 | 0.00 | $13,066.80 |

# DAMASCO & ASSOCIATES LLP

ACCOUNTANCY AND CONSULTING

Now A Part of Miller Kaplan Arase LLP

314 S. River Street, Suite 201 Hailey, ID 83333

650-726-4100

John S. Yun
SEC v Coxon Disgorgement Fund
U.S. Securities & Exchange Commission
San Francisco Regional Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

| | | | |
|---|---|---|---|
| Invoice: | 83592 | SEC E.A. reference: | SF-00730-C |
| ID: | 3080440 | SEC/DC Case Number: | 3:04-mc-00145-MHP |
| Date: | 05/11/2017 | Responsible Party for Payment: | Distribution Fund |
| **Due Date:** | **06/10/2017** | Tax Administrator Appointment Date: | 11/30/2015 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | SEC DISCOUNT RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | **Preparation and filing of the 2005 Qualified Settlement Fund Income Tax Return.** | | | | 1,800.00 |
| | **Preparation and filing of the 2006 Qualified Settlement Fund Income Tax Return.** | | | | 1,800.00 |
| | **Preparation and filing of the 2007 Qualified Settlement Fund Income Tax Return.** | | | | 1,800.00 |
| | **Preparation and filing of the 2008 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2009 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2010 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2011 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2012 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2013 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2014 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2015 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | **Preparation and filing of the 2016 Qualified Settlement Fund Income Tax Return.** | | | | 850.00 |
| | | | Total for Services | | 13,050.00 |

**Charges**
**Consulting Services - General Consulting**

| | | | | |
|---|---|---|---|---|
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |
| | CA 2005 Tax Return delivery charge. | | | |
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |
| | CA 2006 Tax Return delivery charge. | | | |
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |
| | CA 2007 Tax Return delivery charge. | | | |
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |
| | CA 2008 Tax Return delivery charge. | | | |
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |
| | CA 2009 Tax Return delivery charge. | | | |
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |
| | CA 2010 Tax Return delivery charge. | | | |
| 05/05/2017 | Delivery Charge | | 0.000 | 1.40 |

Damasco & Associates, LLP

| Date | Description | | Amount |
|---|---|---|---|
| 05/05/2017 | CA 2011 Tax Return delivery charge. Delivery Charge | 0.000 | 1.40 |
| 05/05/2017 | CA 2012 Tax Return delivery charge. Delivery Charge | 0.000 | 1.40 |
| 05/05/2017 | CA 2013 Tax Return delivery charge. Delivery Charge | 0.000 | 1.40 |
| 05/05/2017 | CA 2014 Tax Return delivery charge. Delivery Charge | 0.000 | 1.40 |
| 05/05/2017 | CA 2015 Tax Return delivery charge. Delivery Charge | 0.000 | 1.40 |
| | CA 2016 Tax Return delivery charge. | | |
| | | Total for Charges | 16.80 |
| | | Invoice Total | $13,066.80 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:
WIRE FUNDS TO:

UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: PROVIDED BY EMAIL
BENEFICIARY ACCOUNT NUMBER: PROVIDED BY EMAIL
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
314 SOUTH RIVER STREET, SUITE 201
HAILEY, ID 83333

| 05/11/2017 | 04/30/2017 | 03/31/2017 | 02/28/2017 | 01/31/2017+ | Total |
|---|---|---|---|---|---|
| 13,066.80 | 0.00 | 0.00 | 0.00 | 0.00 | **$13,066.80** |